

**FILED**

SEP 0 9 2009

PATRICK E. DUFFY, CLERK

By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | | |
|---|---|---|
| THOMAS JOSEPH ROEBER, | ) | CV 07-61-H-DWM-RKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DANIEL TROUPE, DR. RANZ, DR. | ) | |
| KOHUT, MIKE FERRITER, and | ) | |
| THERESA SCHNEE, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Roeber has filed an Amended Complaint under 42 U.S.C. § 1983

alleging that Defendants violated his Eighth Amendment rights by showing

deliberate indifference to Plaintiff's knee injury. Defendants Rantz, Kohut, and

Ferriter filed a motion for summary judgment in which they argue that they are

-1-

entitled to qualified immunity.

United States Magistrate Judge Keith Strong issued Findings and

Recommendations on June 15, 2009, in which he concludes that the Defendants

are entitled to qualified immunity.  Judge Strong found that the Defendants had

not been deliberately indifferent to the Plaintiff's medical needs and therefore the

facts do not show a violation of a constitutional right.  In the absence of facts

showing Plaintiff's Eighth Amendment rights were violated, Judge Strong

determined that Defendants Rantz, Kohut, and Ferriter are entitled to qualified

immunity.

Plaintiff Roeber did not timely object and so has waived the right to de novo

review of the record.  28 U.S.C. § 636(b)(1).  This Court will review the Findings

and Recommendation for clear error.  <u>McDonnell Douglas Corp. v. Commodore</u>

<u>Bus. Mach., Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the

Court is left with a "definite and firm conviction that a mistake has been

committed."  <u>United States v. Syrax</u>, 235 F.3d 422, 427 (9th Cir. 2000).

I can find no clear error with Judge Strong's Findings and

Recommendations (Doc. No. 35) and therefore adopt them in full.

Accordingly, IT IS HEREBY ORDERED that the motion for summary

judgment by Defendants Rantz, Kohut, and Ferriter (Doc. No. 31) is GRANTED,

and they are DISMISSED from this case.

The Clerk of Court shall have the docket reflect that the Court certifies pursuant to Fed. R. App. P. 24(a)(3)(A) that any appeal of this decision would not be taken in good faith.

DATED this ___ day of September, 2009.

_____
Donald W. Molloy, District Judge
United States District Court